**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| Bonita Henderson,<br><br>　　　Plaintiff,<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>　　　Defendant. | Case No. 2:09-cv-01004-MAM<br><br><br>**NOTICE OF SETTLEMENT** |

　　　Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in 30 days.


　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Legal Helpers, P.C.

　　　　　　　　　　　　　　　　　　By: */s/ Richard J. Meier*
　　　　　　　　　　　　　　　　　　　　Richard J. Meier
　　　　　　　　　　　　　　　　　　　　233 S. Wacker Drive, Suite 5150
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　Tel: 1.866.339.1156
　　　　　　　　　　　　　　　　　　　　Fax: 1.312.82.1064
　　　　　　　　　　　　　　　　　　　　rjm@legalhelpers.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*